**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| BRIAN SUBE, | : | No. 95 MM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA; | : | |
| MR. JOHN E. WETZEL, SEC. OF D.O.C.; | : | |
| MICHAEL CLARK, SUPER. OF SCI | : | |
| ALBION, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of July, 2017, the Application for Appointment of Counsel is **DENIED**.